**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**JUAN CHAVEZ**

**CRIMINAL**

**NO.  10-24-RET-CN**

# O R D E R

**IT IS ORDERED** that an Arraignment Hearing is set in this matter for **THURSDAY, MARCH 17, 2010 AT 10:00 A.M. in Courtroom #6**.

Signed in chambers in Baton Rouge, Louisiana, March 10, 2010.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**